UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stan Koch & Sons Trucking, Inc. | Civil No. 05-1225 (RHK/AJB) |
| Plaintiff, | |
| vs. | **ORDER APPROVING SUPERSEDEAS BOND** |
| Great West Risk Management, Inc., | |
| Defendant. | |

---

Based upon the Stipulation (Doc. No. 60), the Court hereby **ORDERS** that the supersedeas bond attached here as Exhibit A be, and hereby is, approved.

November 20, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge